CGFD46 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–38237–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach, FL 33415

SSN: xxx–xx–4553

## NOTICE OF CHAPTER 13 CASE AND FILING REQUIREMENTS FOR DEBTOR

The above–named debtor filed a chapter 13 bankruptcy case on **September 20, 2010.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. A proof of claim form will also be provided. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co–debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**NOTICE TO THE DEBTOR:** The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Summary of Schedules due 10/04/2010**
**Schedules A–J due 10/04/2010**
**Chapter 13 Plan due 10/04/2010**
**Statement of Financial Affairs due 10/04/2010**
**Payment Advices (Db) due 10/04/2010**
**Declaration Re: Schedules due 10/04/2010**
**Stmt of Monthly Income [Ch 13] due 10/04/2010**

**Notice is given pursuant to Local Rules 1007–1, 1007–2, 1017–2 and 5005–1(C)(3) that you must file these documents not later than October 4, 2010 or your case will be dismissed without further notice.**

 The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, and Local Rules 1007–2(B) and 1009–1(D). The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

  **WARNING TO DEBTOR: Even if the court grants you an extension of time to file your plan you must commence plan payments to the chapter 13 trustee within 30 days of September 20, 2010 or your case may be dismissed without further notice or hearing.**

**Dated:  9/21/10**

**Clerk of Court**
By: Dawn Leonard
Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.