**CGFD46** (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–38237–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach, FL 33415

SSN: xxx–xx–4553

## NOTICE OF CHAPTER 13 CASE AND FILING REQUIREMENTS FOR DEBTOR

The above–named debtor filed a chapter 13 bankruptcy case on **September 20, 2010.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, a **Notice of Chapter 13 Case, Meeting of Creditors and Deadlines** will be issued by the clerk's office notifying creditors of the dates set for the meeting of creditors and confirmation hearing and establishing a deadline for filing a proof of claim. A proof of claim form will also be provided. If you received this notice you may be a creditor in this case. The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property and certain co–debtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**NOTICE TO THE DEBTOR:** The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Summary of Schedules due 10/04/2010**
**Schedules A–J due 10/04/2010**
**Chapter 13 Plan due 10/04/2010**
**Statement of Financial Affairs due 10/04/2010**
**Payment Advices (Db) due 10/04/2010**
**Declaration Re: Schedules due 10/04/2010**
**Stmt of Monthly Income [Ch 13] due 10/04/2010**

**Notice is given pursuant to Local Rules 1007–1, 1007–2, 1017–2 and 5005–1(C)(3) that you must file these documents not later than October 4, 2010 or your case will be dismissed without further notice.**

 The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, and Local Rules 1007–2(B) and 1009–1(D). The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

 **WARNING TO DEBTOR: Even if the court grants you an extension of time to file your plan you must commence plan payments to the chapter 13 trustee within 30 days of September 20, 2010 or your case may be dismissed without further notice or hearing.**

**Dated:  9/21/10**

**Clerk of Court**
By: Dawn Leonard

Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.

# CERTIFICATE  OF  NOTICE

```
District/off: 113C-9          User: leonardmd          Page 1 of 1              Date Rcvd: Sep 21, 2010
Case: 10-38237               Form ID: CGFD46           Total Noticed: 19
```

The following entities were noticed by first class mail on Sep 23, 2010.
```
db          +Carlos Luis Ugalde,   2144 Laura Lane,   West Palm Beach, FL 33415-7279
smg          Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallahassee, FL  32314-6668
88487017    +American Express,   ATTN: Bankruptcy Department,   POB 297871,   Fort Lauderdale, FL 33329-7871
88487020     Bank of America,   ATTN: Bankruptcy Department,   101 N. Tryon Street, 7th Floor,
             Charlotte, NC 28255-0001
88487018     Bank of America,   ATTN: Bankruptcy Department Address,   101 N. Tryon Street, 7th Floor,
             Charlotte, NC 28255-0001
88487021    +Bank of America,   ATTN: Bankruptcy Department,   POB 15311,   Wilmington, DE 19884-0001
88487019     Bank of America,   ATTN: Bankruptcy Department,   101 N. Tryon Street,   Charlotte, NC 28255-0001
88487022     Chase Bank,   ATTN: Bankruptcy Department,   POB 15153,   Wilmington, DE 19886-5153
88487023     Chase Mortgage,   ATTN: Bankruptcy Department,   POB 1093,   Northridge, CA 91328
88487024    +Citifinancial,   ATTN: Bankruptcy Department,   POB 499,   Hanover, MD 21076-0499
88487025    +Doctors Business Bureau,   ATTN: Bankruptcy Department,   202 North Federal Hwy.,
             Lake Worth, FL 33460-3438
88487026    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   ATTN: Bankruptcy Department,   POB 16236,
             Philadelphia, PA 19114-0236)
88487027     JPMorgan Chase Bank,   c/o Florida Default Law Group, P.L.,   POB 25018,   Tampa, FL 33622-5018
88487028    +Navy Federal Credit Union,   ATTN: Bankruptcy Department,   POB 3700,   Merrifield, VA 22119-3700
88487029    +Sallie Mae,   ATTN: Bankruptcy Department,   POB 9500,   Wilkes Barre, PA 18773-9500
88487030     Washington Mutual,   ATTN: Bankruptcy Department,   POB 78148,   Phoenix, AZ 85062-8148
88487031     Washington Mutual,   ATTN: Bankruptcy Department,   POB 660433,   Dallas, TX 75266-0433
88487032    +Wells Fargo Home Mortgage,   ATTN: Bankruptcy Department,   POB 14411,
             Des Moines, IA 50306-3411

The following entities were noticed by electronic transmission on Sep 22, 2010.
88487016     E-mail/Text: bkr@cardworks.com                         Advanta Credit Card,
             ATTN: Bankruptcy Department,   POB 8088,   Philadelphia, PA 19101-8088
                                                                                       TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2010**                    **Signature:** _____