**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Carlos Luis Ugalde                    Case No.: 10-38237-BKC-EPK
SS#: 4553                                    Chapter 13

_____Debtor._____/

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE**
**CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, PLAN, PAYMENT**
**ADVICES AND THE STATEMENT OF CURRENT MONTHLY INCOME FROM**
**OCTOBER 4, 2010 TO OCTOBER 18, 2010**

**COMES NOW** the Debtor, Carlos Luis Ugalde, by and through his undersigned attorney and moves this Court for an extension of time within which to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and Statement of Current Monthly Income from October 4, 2010 to October 18, 2010, and shows this Court as follows:

1.      That this Motion is brought pursuant to F.R.B.P. 1007 and 9006(b).

2.      That the Debtor's Counsel has substantially completed the Chapter 13 Schedules, Statement of Financial Affairs, Plan Payment Advices and Statement of Current Monthly Income but needs additional time in order to do so.

3.      That the Debtor requests this Court to allow the Debtor an extension of time within which to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of Current Monthly Income.

4.      The 341 Meeting of Creditors has been scheduled. In accordance with the local rules, a copy of the proposed Order is attached to this Motion.

**WHEREFORE**, the Debtor prays for this Court to grant the extension of time and for such other and further relief as this Court deems just, equitable and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic filing to **Robin R. Weiner, Trustee**, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; and **A.U.S.T.**, 51 SW First Avenue, Miami, FL 33130; and via U.S. Mail to **all Creditors** listed on the attached creditor matrix, this _4_ day of October 2010.

**LAW OFFICE OF GREGG R. WEXLER, P.A.**
2112 South Congress Avenue, Suite 208
West Palm Beach, FL 33406
(561) 641-8020 telephone

By:_____
GREGG R. WEXLER, ESQUIRE
Florida Bar No.: 822190

Mr. Carlos Uglade
2144 Laura Lane
West Palm Beach, FL 33415

Advanta Credit Card
ATTN: Bankruptcy Department
POB 8088
Philadelphia, PA  19101-8088

American Express
ATTN: Bankruptcy Department
POB 297871
Fort Lauderdale, FL  33329

Bank of America
ATTN: Bankruptcy Department
101 N. Tryon Street, 7th Floor
Charlotte, NC  28255-0001

Bank of America
ATTN: Bankruptcy Department
101 N. Tryon Street, 7th Floor
Charlotte, NC  28255-0001

Bank of America
ATTN: Bankruptcy Department
POB 15311
Wilmington, DE  19884

Chase Bank
ATTN: Bankruptcy Department
POB 15153
Wilmington, DE  19886-5153

Chase Mortgage
ATTN: Bankruptcy Department
POB 1093
Northridge, CA  91328

Citifinancial
ATTN: Bankruptcy Department
POB 499
Hanover, MD  21076

Doctors Business Bureau
ATTN: Bankruptcy Department
202 North Federal Hwy
Lake Worth, FL  33460-3496

Internal Revenue Service
ATTN: Bankruptcy Department
POB 16236
Philadelphia, PA  19114-0236

Navy Federal Credit Union
ATTN: Bankruptcy Department
POB 3700
Merrifield, VA  22119

Sallie Mae
ATTN: Bankruptcy Department
POB 9500
Wilkes Barre, PA  8773

Washington Mutual
ATTN: Bankruptcy Department
POB 78148, Phoenix, AZ85062-8148

Washington Mutual
ATTN: Bankruptcy Department
POB 660433
Dallas, TX  75266-0433

Wells Fargo Home Mortgage
ATTN: Bankruptcy Department
POB 14411
Des Moines, IA  50306

JPMorgan Chase Bank
c/o Florida Default Law Group, P.L.
POB 25018
Tampa, FL  33622-5018