**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

IN RE:

**Carlos Luis Ugalde**

     **Debtor(s),**                                      **CASE NO.: 10-38237-EPK**
                                                            **CHAPTER:  13**

_____/

**REQUEST FOR NOTICE
AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX**

TO: THE HONORABLE BANKRUPTCY CLERK

     COMES NOW, WELLS FARGO BANK, NA, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******4446 and related to the property described as 510 24th Avenue N 206, and files this Request for Notice AND Request to be Added to Creditor's Matrix.  The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766

     The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
(813)  251-4766 Ext: 3584
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By:__/s/  Gavin N. Stewart_____
Gavin N. Stewart
Florida Bar No. 52899
ATTORNEY FOR WELLS FARGO BANK, NA
