

**ORDERED in the Southern District of Florida on October 06, 2010.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re: Carlos Luis Ugalde
  SS#: 4553

Case No.: 10-38237-BKC-EPK
Chapter 13

_____Debtor._____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS,
PLAN PAYMENT ADVICES AND THE STATEMENT OF CURRENT MONTHLY
INCOME FROM OCTOBER 4, 2010 TO OCTOBER 18, 2010**

**THIS CAUSE** came on to be heard before the Court on the Debtor's Motion for

Extension of Time to File Chapter 13 Schedules, Statement of Financial Affairs, Plan, Payment

Advices and the Statement of Current Monthly Income pursuant to Bankruptcy Rules 1007 and

9006 and the Court finding that Robin R. Weiner, Esquire, Chapter 13 Trustee, has been given

notice and that there is no necessity for a hearing to be held on this Motion, and the Court being

otherwise fully advised in the premises, it is, thereupon

**ORDERED AND ADJUDGED**, as follows:

1.  That the Debtor's Motion for an Extension of Time to file the necessary Chapter

13 Schedules, Statement of Financial Affairs, Plan, Payment Advices and the Statement of

Current Monthly Income is hereby ordered granted, and the Debtors shall have until

October 18, 2010, to file the Chapter 13 Schedules, Statement of Financial Affairs, Plan,

Payment Advices and the Statement of Current Monthly Income.

### 

Creditors on Matrix, Robin Weiner, Trustee and the above to receive copies by DEBTORS' ATTORNEY
who is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.

Submitted by: Gregg R. Wexler, Esquire
The Law Office of Gregg R. Wexler, P.A.
2112 South Congress Avenue, Suite 208
West Palm Beach, FL 33406
(561) 641-8020  ext. 212
(561) 641-0971  facsimile