UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

BK CASE NO. 10-38237-EPK
CHAPTER 13

IN RE:

Carlos Luis Ugalde
      Debtor(s).

## **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The Creditor JPMORGAN CHASE BANK, NATIONAL ASSOCIATION demands that

copies of all papers in this litigation be served upon:

Kenneth W. Lockwood
SHAPIRO & FISHMAN, LLP
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614

Further, the undersigned attorneys request that copies of all papers in this litigation

continue to be served upon creditor's attorneys, SHAPIRO & FISHMAN, LLP at the address

listed above.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar in the United States District Court
for the Southern District of Florida and I am in compliance with the additional qualifications to
practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 12th day of October, 2010.

Carlos Luis Ugalde, 2144 Laura Lane, West Palm Beach, FL 33415
Gregg R Wexler, Esq., 2112 S Congress Ave, # 208, West Palm Beach, FL 33406
Robin R Weiner, P. O Box 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Kenneth W. Lockwood
Kenneth W. Lockwood
FL Bar # 0016722
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: klockwood@logs.com

10-201297