# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:    Carlos Luis Ugalde    Last Four Digits of SS#:   4553    CASE NO.:   10-38237-EPK   

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of    60    months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $   1,535.77    for months    1    to    60   ;

    B.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $   3,000.00    TOTAL PAID $   3,000.00   

    Balance due:    $      0.00    Payable: $   0.00   /month (Months    1    to    60   )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____
Address:_____    Arrears Payment    $_____/month (Months _____ to _____)
_____    Regular Payment    $_____/month (Months _____ to _____)
Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____ Total Due $_____
    Payable    $_____/month (Months _____ to _____)

Unsecured Creditors: Pay $   1,396.15   /month (Months    1    to    60   ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**:  Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case.  In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.  Bank of America (888 E. Coast Ave.); Chase Mortgage (3864 Jonathans Way); Chase Mortgage (510 24th Ave, Apt. 206); Wells Fargo Home Mortgage; (1595 Forest Lakes Cir., #307), Bank of America and Washington Mutual (2144 Laura Lane) to be surrendered.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor:_____    Date:   10/13/10