# United States Bankruptcy Court
## Southern District of Florida

In re  **Carlos Luis Ugalde** _____  Case No.  **10-38237-EPK**
_____  Chapter  **13** _____
Debtor(s)

## DECLARATION REGARDING PAYMENT ADVICES

### Debtor:

☒ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

Copies of all payment advices **are not** attached because the debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

### Joint Debtor (if applicable):

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
- ☐ receives disability payments
- ☐ is unemployed and does not receive unemployment compensation
- ☐ receives Social Security payments
- ☐ receives a pension
- ☐ does not work outside the home
- ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

LF-10 (06/02/08)                              Page 1 of 2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

Date:     **October 13, 2010**

**Carlos Luis Ugalde**
Signature of Attorney or Debtor

LF-10 (06/02/08)                                        Page 2 of 2

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy



**SHERIFF'S OFFICE**
RIC L. BRADSHAW, SHERIFF
**Production System**

PBSO Employee Self-Service

Home   Logout   Preferences   Help

## Payslip

| | | | |
|---|---|---|---|
| Employee Name | **Ugalde, Carlos** | Employee Number | **7016** |
| Organization Email Address | | Business Group | **Palm Beach Co Sheriff's Office** |

Choose a Payslip   30-JUL-2010 - 7016 - Check 1   ·    Go

| | | | |
|---|---|---|---|
| Employee | **Carlos L. Ugalde** | Employer name | **Palm Beach Co Sheriff's Office** |
| Job Title | **Protective Service LE** | Employer Phone Number | **561-688-3000** |
| National Identifier | | Organization | **Training** |
| Employee Number | **7016** | Pay Calculation Method | |
| Latest Hire Date | **12-Apr-2002** | Pay Basis | **Base Salary** |
| Original Hire Date | | Frequency | **Week** |
| Adjusted Service Date | | Shift | |
| Assignment Number | **7016** | Bargaining Unit | **LE STAFF** |
| Location | **2190-Training** | Collective Agreement | **Law Enforcement** |
| Position | **Deputy Sheriff LE.Training** | Contract | |
| Payroll | **Fulltime Semi-Monthly** | Grade | **290** |
| Employee Address | **2144 Laura Ln** | Employer Address | **Palm Beach County Sheriff's Office** |
| | **West Palm Beach** | | **Training** |
| | **FL** | | **3228 Gun Club Road** |
| | **33415** | | **West Palm Beach** |
| | | | **FL** |
| | | | **33406** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 30-Jul-2010 | 12-Jul-2010 | 26-Jul-2010 | 5,361.00 | 64,332.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,880.18 | 210.14 | 646.17 | 47.50 | 1,975.72 |
| YTD | 51,906.96 | 2,941.96 | 13,056.04 | 661.00 | 35,239.86 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 155.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,213.37 | 36,715.00 |
| Career Revenue Sharing | | | | 50.00 | | 700.00 |
| Education Revenue Sharing | | | | 15.00 | | 210.00 |
| Permit | | | | 0.00 | | 3,432.00 |
| SRT 1_0 | | | | 0.00 | | 1,410.76 |
| Special Duty 1_0 | | | | 0.00 | | 3,518.74 |
| Trainer Incentive 5% | | | | 134.03 | | 1,835.82 |
| Special Duty 1_5 | | | | 0.00 | | 1,033.47 |

| | | |
|---|---|---|
| SRT 1_5 | 0.00 | 494.00 |
| Base Hours OT Premium | 0.00 | 2,394.07 |
| Imputed GTL | 0.65 | 8.10 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Health HMO PT | 60.00 | 840.00 |
| Vision PT | 5.56 | 77.84 |
| Dental PPO PT | 19.58 | 274.12 |
| HARTFORD 457 | 125.00 | 1,750.00 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 432.35 | 9,176.34 |
| Social Security | 173.29 | 3,144.33 |
| Medicare | 40.53 | 735.37 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| PBA CB Dues | 21.50 | 297.00 |
| PBSO Gas Q_NQ | 25.00 | 350.00 |
| Broken Star Donation | 1.00 | 14.00 |

## Accruals

| Description | Current | Balance |
|---|---|---|
| Comptime | 0.00 | 8.50 |
| PBSO Vacation | 4.00 | 252.40 |
| PBSO Sick | 4.00 | 444.50 |
| Holiday | 0.00 | 160.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 43180542 | Commerce Bank | C | XXXXXX9162 | 970.72 |
| 43180542 | Wachovia | C | XXXXXXXXX6783 | 5.00 |
| 43180542 | Chase | C | XXXXX7630 | 1,000.00 |

## Other Information

| Description | Value |
|---|---|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 65.97 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 346.08 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 9,848.58 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 140.57 |
| Medicare ER Liability | 40.53 |
| Medicare ER Liability (YTD) | 735.37 |
| SPC Retirement | 669.49 |
| SPC Retirement (YTD) | 11,053.30 |
| SS ER Liability | 173.29 |
| SS ER Liability (YTD) | 3,144.33 |
| Vision PT ER | 1.84 |



**PBSO Employee Self-Service**

Home  Logout  Preferences  Help

## Payslip

| | |
|---|---|
| Employee Name **Ugalde, Carlos** | Employee Number **7016** |
| Organization Email Address **UgaldeC@pbso.org** | Business Group **Palm Beach Co Sheriff's Office** |

Choose a Payslip    13-AUG-2010 - 7016 - Check 1    [ **Go** ]

| | | | |
|---|---|---|---|
| Employee | **Carlos L. Ugalde** | Employer name | **Palm Beach Co Sheriff's Office** |
| Job Title | **Protective Service LE** | Employer Phone Number | **561-688-3000** |
| National Identifier | -- | Organization | **Training** |
| Employee Number | **7016** | Pay Calculation Method | |
| Latest Hire Date | **12-Apr-2002** | Pay Basis | **Base Salary** |
| Original Hire Date | | Frequency | **Week** |
| Adjusted Service Date | | Shift | |
| Assignment Number | **7016** | Bargaining Unit | **LE STAFF** |
| Location | **2190-Training** | Collective Agreement | **Law Enforcement** |
| Position | **Deputy Sheriff LE.Training** | Contract | |
| Payroll | **Fulltime Semi-Monthly** | Grade | **290** |
| Employee Address | **2144 Laura Ln** | Employer Address | **Palm Beach County Sheriff's Office** |
| | **West Palm Beach** | | **Training** |
| | **FL** | | **3228 Gun Club Road** |
| | **33415** | | **West Palm Beach** |
| | | | **FL** |
| | | | **33406** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 13-Aug-2010 | 27-Jul-2010 | 11-Aug-2010 | 5,361.00 | 64,332.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,820.05 | 210.14 | 1,324.37 | 47.50 | 3,237.39 |
| YTD | 56,727.01 | 3,152.10 | 14,380.41 | 708.50 | 38,477.25 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 155.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,300.04 | 39,395.50 |
| Career Revenue Sharing | | | | 50.00 | | 750.00 |
| Education Revenue Sharing | | | | 15.00 | | 225.00 |
| Permit | | | 16.00 | 528.00 | | 3,960.00 |
| SRT 1_0 | | | 23.00 | 711.36 | | 2,122.12 |
| Special Duty 1_0 | | | | 0.00 | | 3,518.74 |
| Trainer Incentive 5% | | | | 134.03 | | 1,969.85 |
| Special Duty 1_5 | | | 9.50 | 473.53 | | 1,507.00 |

https://ebiz.pbso.org/OA_HTML/RF.jsp?function_id=1016638&resp_id=51903&resp_app...    8/26/2010

SRT 1_5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Base Hours OT Premium | | | 12.00 | | 0.00 | | 494.00 |
| Imputed GTL | | | | | 226.98 | | 2,621.05 |
| | | | | | 0.65 | | 8.75 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Vision PT | 5.56 | 83.40 |
| Dental PPO PT | 19.58 | 293.70 |
| Health HMO PT | 60.00 | 900.00 |
| HARTFORD 457 | 125.00 | 1,875.00 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 962.16 | 10,138.50 |
| Social Security | 293.56 | 3,437.89 |
| Medicare | 68.65 | 804.02 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Broken Star Donation | 1.00 | 15.00 |
| PBA CB Dues | 21.50 | 318.50 |
| PBSO Gas Q_NQ | 25.00 | 375.00 |

## Accruals

| Description | Current | Balance |
|---|---|---|
| Comptime | 0.00 | 8.50 |
| PBSO Vacation | 4.00 | 256.40 |
| PBSO Sick | 4.00 | 448.50 |
| Holiday | 0.00 | 160.00 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 43464890 | Chase | C | XXXXX7630 | 1,000.00 |
| 43464890 | Commerce Bank | C | XXXXXX9162 | 2,232.39 |
| 43464890 | Wachovia | C | XXXXXXXXX6783 | 5.00 |

## Other Information

| Description | Value |
|---|---|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 70.80 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 370.80 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 10,552.05 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 150.84 |
| Medicare ER Liability | 68.65 |
| Medicare ER Liability (YTD) | 804.02 |
| SPC Retirement | 1,120.51 |
| SPC Retirement (YTD) | 12,173.81 |
| SS ER Liability | 293.56 |
| SS ER Liability (YTD) | 3,437.89 |
| Vision PT ER | 1.84 |



**SHERIFF'S OFFICE**
RIC L. BRADSHAW, SHERIFF
**Production System**

PBSO Employee Self-Service

⚓ Navigator    ☆ Favorites        Home  Logout  Preferences  Help

### Payslip

| | |
|---|---|
| Employee Name | **Ugalde, Carlos** |
| Organization Email Address | UgaideC@pbso.org |
| Choose a Payslip | 13-AUG-2010Job 7016 - Check 1    **Go** |

| Employee Number | **7016** |
|---|---|
| Business Group | **Palm Beach Co Sheriff's Office** |

| | |
|---|---|
| Employee | **Carlos L. Ugalde** |
| Job Title | **Protective Service LE** |
| National Identifier | |
| Employee Number | 7016 |
| Latest Hire Date | **12-Apr-2002** |
| Original Hire Date | |
| Adjusted Service Date | |
| Assignment Number | **7016** |
| Location | **2190-Training** |
| Position | **Deputy Sheriff LE.Training** |
| Payroll | **Fulltime Semi-Monthly** |
| Employee Address | **2144 Laura Ln** **West Palm Beach** **FL** **33415** |

| | |
|---|---|
| Employer name | **Palm Beach Co Sheriff's Office** |
| Employer Phone Number | **561-242-5800** |
| Organization | **Training** |
| Pay Calculation Method | |
| Pay Basis | **Base Salary** |
| Frequency | **Week** |
| Shift | |
| Bargaining Unit | **LE STAFF** |
| Collective Agreement | **Law Enforcement** |
| Contract | |
| Grade | **290** |
| Employer Address | **Palm Beach County Sheriff's Office** **Training Division** **4215 Cherry Road** **West Palm Beach** **FL** **33409** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 30-Sep-2010 | 12-Sep-2010 | 26-Sep-2010 | 5,361.00 | 64,332.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,672.18 | 210.14 | 914.55 | 47.50 | 2,499.34 |
| YTD | 68,671.39 | 3,782.52 | 17,461.50 | 851.00 | 46,565.67 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 190.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,560.05 | 47,437.00 |
| Career Revenue Sharing | | | | 50.00 | | 900.00 |
| Education Revenue Sharing | | | | 15.00 | | 270.00 |
| Permit | | | 24.00 | 792.00 | | 5,016.00 |
| SRT 1_0 | | | | 0.00 | | 2,323.15 |
| Special Duty 1_0 | | | | 0.00 | | 4,106.38 |
| Trainer Incentive 5% | | | | 134.03 | | 2,371.94 |
| Special Duty 1_5 | | | | 0.00 | | 2,460.04 |
| SRT 1_5 | | | | 0.00 | | 494.00 |
| Base Hours OT Premium | | | | 0.00 | | 3,092.18 |
| Imputed GTL | | | | 0.65 | | 10.70 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental PPO PT | 19.58 | 352.44 |
| Vision PT | 5.56 | 100.08 |
| Health HMO PT | 60.00 | 1,080.00 |
| HARTFORD 457 | 125.00 | 2,250.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 640.14 | 12,325.38 |
| Social Security | 222.40 | 4,162.61 |
| Medicare | 52.01 | 973.51 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Broken Star Donation | 1.00 | 18.00 |
| PBSO Gas Q_NQ | 25.00 | 450.00 |
| PBA CB Dues | 21.50 | 383.00 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| Holiday | 0.00 | 170.00 |
| PBSO Vacation | 4.00 | 228.40 |
| Comptime | 0.00 | 8.50 |
| PBSO Sick | 4.00 | 460.50 |

Payslip

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|----------------|-----------|-------------------|-----------------|---------------------|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|--------|
| 44533677 | Chase | C | XXXXX7630 | 1,000.00 |
| 44533677 | Bright Star Credit Union | C | XXXXXXXXX6603 | 500.00 |
| 44533677 | Wachovia | C | XXXXXXXXX6783 | 5.00 |
| 44533677 | Commerce Bank | C | XXXXXX9162 | 994.34 |

**Other Information**

| Description | Value |
|-------------|-------|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 85.29 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 444.96 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 12,662.46 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 181.65 |
| Medicare ER Liability | 52.01 |
| Medicare ER Liability (YTD) | 973.51 |
| SPC Retirement | 853.63 |
| SPC Retirement (YTD) | 14,950.42 |
| SS ER Liability | 222.40 |
| SS ER Liability (YTD) | 4,162.61 |
| Vision PT ER | 1.84 |
| Vision PT ER (YTD) | 33.12 |

**TP Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|--------|
| No results found. | | | | |

Home  Logout  Preferences  Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved

Payslip



PBSO Employee Self-Service

🛉 Navigator   ☆ Favorites       Home  Logout  Preferences  Help

Payslip

| Employee Name | **Ugalde, Carlos** | Employee Number | **7016** |
|---|---|---|---|
| Organization Email Address | UgaldeC@pbso.org | Business Group | **Palm Beach Co Sheriff's Office** |

Choose a Payslip   31-AUG-2010Job 7016 - Check 1     **Go**

| | | | |
|---|---|---|---|
| Employee | **Carlos L. Ugalde** | Employer name | **Palm Beach Co Sheriff's Office** |
| Job Title | **Protective Service LE** | Employer Phone Number | **561-242-5800** |
| National Identifier | | Organization | **Training** |
| Employee Number | **7016** | Pay Calculation Method | |
| Latest Hire Date | **12-Apr-2002** | Pay Basis | **Base Salary** |
| Original Hire Date | | Frequency | **Week** |
| Adjusted Service Date | | Shift | |
| Assignment Number | **7016** | Bargaining Unit | **LE STAFF** |
| Location | **2190-Training** | Collective Agreement | **Law Enforcement** |
| Position | **Deputy Sheriff LE.Training** | Contract | |
| Payroll | **Fulltime Semi-Monthly** | Grade | **290** |
| Employee Address | **2144 Laura Ln** | Employer Address | **Palm Beach County Sheriff's Office** |
| | **West Palm Beach** | | **Training Division** |
| | **FL** | | **4215 Cherry Road** |
| | **33415** | | **West Palm Beach** |
| | | | **FL** |
| | | | **33409** |

**Pay Period and Salary**

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 30-Sep-2010 | 12-Sep-2010 | 26-Sep-2010 | 5,361.00 | 64,332.00 |

**Summary**

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,672.18 | 210.14 | 914.55 | 47.50 | 2,499.34 |
| YTD | 68,671.39 | 3,782.52 | 17,461.50 | 851.00 | 46,565.67 |

**Hours and Earnings**

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 190.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,560.05 | 47,437.00 |
| Career Revenue Sharing | | | | 50.00 | | 900.00 |
| Education Revenue Sharing | | | | 15.00 | | 270.00 |
| Permit | | | 24.00 | 792.00 | | 5,016.00 |
| SRT 1_0 | | | | 0.00 | | 2,323.15 |
| Special Duty 1_0 | | | | 0.00 | | 4,106.38 |
| Trainer Incentive 5% | | | | 134.03 | | 2,371.94 |
| Special Duty 1_5 | | | | 0.00 | | 2,460.04 |
| SRT 1_5 | | | | 0.00 | | 494.00 |
| Base Hours OT Premium | | | | 0.00 | | 3,092.18 |
| Imputed GTL | | | | 0.65 | | 10.70 |

**Pre-Tax Deductions**

| Description | Current | YTD |
|---|---|---|
| Dental PPO PT | 19.58 | 352.44 |
| Vision PT | 5.56 | 100.08 |
| Health HMO PT | 60.00 | 1,080.00 |
| HARTFORD 457 | 125.00 | 2,250.00 |

**Taxes**

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 640.14 | 12,325.38 |
| Social Security | 222.40 | 4,162.61 |
| Medicare | 52.01 | 973.51 |

**After-Tax Deductions**

| Description | Current | YTD |
|---|---|---|
| Broken Star Donation | 1.00 | 18.00 |
| PBSO Gas Q_NQ | 25.00 | 450.00 |
| PBA CB Dues | 21.50 | 383.00 |

**Accruals**

| Description | Current | Balance |
|---|---|---|
| Holiday | 0.00 | 170.00 |
| PBSO Vacation | 4.00 | 228.40 |
| Comptime | 0.00 | 8.50 |
| PBSO Sick | 4.00 | 460.50 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|----------------|-----------:|------------------:|----------------:|--------------------:|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|-------:|
| 44533677 | Chase | C | XXXXX7630 | 1,000.00 |
| 44533677 | Bright Star Credit Union | C | XXXXXXXXX6603 | 500.00 |
| 44533677 | Wachovia | C | XXXXXXXXX6783 | 5.00 |
| 44533677 | Commerce Bank | C | XXXXXX9162 | 994.34 |

**Other Information**

| Description | Value |
|-------------|-------|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 85.29 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 444.96 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 12,662.46 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 181.65 |
| Medicare ER Liability | 52.01 |
| Medicare ER Liability (YTD) | 973.51 |
| SPC Retirement | 853.63 |
| SPC Retirement (YTD) | 14,950.42 |
| SS ER Liability | 222.40 |
| SS ER Liability (YTD) | 4,162.61 |
| Vision PT ER | 1.84 |
| Vision PT ER (YTD) | 33.12 |

**TP Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|-------:|
| No results found. | | | | |

Home  Logout  Preferences  Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.



PBSO Employee Self-Service

Production System

🛉 Navigator    ⚜ Favorites    Home  Logout  Preferences  Help

Payslip

| | | | |
|---|---|---|---|
| Employee Name | **Ugalde, Carlos** | Employee Number | **7016** |
| Organization Email Address | UgaldeC@pbso.org | Business Group | **Palm Beach Co Sheriff's Office** |

Choose a Payslip   15-SEP-2010Job 7016 - Check 1    **Go**

| | | | | |
|---|---|---|---|---|
| Employee | **Carlos L. Ugalde** | | Employer name | **Palm Beach Co Sheriff's Office** |
| Job Title | **Protective Service LE** | | Employer Phone Number | **561-242-5800** |
| National Identifier | | | Organization | **Training** |
| Employee Number | **7016** | | Pay Calculation Method | |
| Latest Hire Date | **12-Apr-2002** | | Pay Basis | **Base Salary** |
| Original Hire Date | | | Frequency | **Week** |
| Adjusted Service Date | | | Shift | |
| Assignment Number | **7016** | | Bargaining Unit | **LE STAFF** |
| Location | **2190-Training** | | Collective Agreement | **Law Enforcement** |
| Position | **Deputy Sheriff LE.Training** | | Contract | |
| Payroll | **Fulltime Semi-Monthly** | | Grade | **290** |
| Employee Address | **2144 Laura Ln** | | Employer Address | **Palm Beach County Sheriff's Office** |
| | **West Palm Beach** | | | **Training Division** |
| | **FL** | | | **4215 Cherry Road** |
| | **33415** | | | **West Palm Beach** |
| | | | | **FL** |
| | | | | **33409** |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 30-Sep-2010 | 12-Sep-2010 | 26-Sep-2010 | 5,361.00 | 64,332.00 |

## Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,672.18 | 210.14 | 914.55 | 47.50 | 2,499.34 |
| YTD | 68,671.39 | 3,782.52 | 17,461.50 | 851.00 | 46,565.67 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 190.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,560.05 | 47,437.00 |
| Career Revenue Sharing | | | | 50.00 | | 900.00 |
| Education Revenue Sharing | | | | 15.00 | | 270.00 |
| Permit | | | 24.00 | 792.00 | | 5,016.00 |
| SRT 1_0 | | | | 0.00 | | 2,323.15 |
| Special Duty 1_0 | | | | 0.00 | | 4,106.38 |
| Trainer Incentive 5% | | | | 134.03 | | 2,371.94 |
| Special Duty 1_5 | | | | 0.00 | | 2,460.04 |
| SRT 1_5 | | | | 0.00 | | 494.00 |
| Base Hours OT Premium | | | | 0.00 | | 3,092.18 |
| Imputed GTL | | | | 0.65 | | 10.70 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental PPO PT | 19.58 | 352.44 |
| Vision PT | 5.56 | 100.08 |
| Health HMO PT | 60.00 | 1,080.00 |
| HARTFORD 457 | 125.00 | 2,250.00 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 640.14 | 12,325.38 |
| Social Security | 222.40 | 4,162.61 |
| Medicare | 52.01 | 973.51 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Broken Star Donation | 1.00 | 18.00 |
| PBSO Gas Q_NQ | 25.00 | 450.00 |
| PBA CB Dues | 21.50 | 383.00 |

## Accruals

| Description | Current | Balance |
|---|---|---|
| Holiday | 0.00 | 170.00 |
| PBSO Vacation | 4.00 | 228.40 |
| Comptime | 0.00 | 8.50 |
| PBSO Sick | 4.00 | 460.50 |

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|----------------|------------|-------------------|-----------------|---------------------|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|--------|
| 44533677 | Chase | C | XXXXX7630 | 1,000.00 |
| 44533677 | Bright Star Credit Union | C | XXXXXXXXX6603 | 500.00 |
| 44533677 | Wachovia | C | XXXXXXXXX6783 | 5.00 |
| 44533677 | Commerce Bank | C | XXXXXX9162 | 994.34 |

**Other Information**

| Description | Value |
|-------------|-------|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 85.29 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 444.96 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 12,662.46 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 181.65 |
| Medicare ER Liability | 52.01 |
| Medicare ER Liability (YTD) | 973.51 |
| SPC Retirement | 853.63 |
| SPC Retirement (YTD) | 14,950.42 |
| SS ER Liability | 222.40 |
| SS ER Liability (YTD) | 4,162.61 |
| Vision PT ER | 1.84 |
| Vision PT ER (YTD) | 33.12 |

**TP Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|--------|
| No results found. | | | | |

Home   Logout   Preferences   Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.



PBSO Employee Self-Service

🕭 Navigator    ☆ Favorites      Home  Logout  Preferences  Help

Payslip

| | |
|---|---|
| Employee Name | **Ugalde, Carlos** |
| Organization Email Address | UgaldeC@pbso.org |

| | |
|---|---|
| Employee Number | **7016** |
| Business Group | **Palm Beach Co Sheriff's Office** |

Choose a Payslip   30-SEP-2010Job 7016 - Check 1  ·  **Go**

| | |
|---|---|
| Employee | **Carlos L. Ugalde** |
| Job Title | **Protective Service LE** |
| National Identifie· | |
| Employee Number | **7010** |
| Latest Hire Date | **12-Apr-2002** |
| Original Hire Date | |
| Adjusted Service Date | |
| Assignment Number | **7016** |
| Location | **2190-Training** |
| Position | **Deputy Sheriff LE.Training** |
| Payroll | **Fulltime Semi-Monthly** |
| Employee Address | **2144 Laura Ln**<br>**West Palm Beach**<br>**FL**<br>**33415** |

| | |
|---|---|
| Employer name | **Palm Beach Co Sheriff's Office** |
| Employer Phone Number | **561-242-5800** |
| Organization | **Training** |
| Pay Calculation Method | |
| Pay Basis | **Base Salary** |
| Frequency | **Week** |
| Shift | |
| Bargaining Unit | **LE STAFF** |
| Collective Agreement | **Law Enforcement** |
| Contract | |
| Grade | **290** |
| Employer Address | **Palm Beach County Sheriff's Office**<br>**Training Division**<br>**4215 Cherry Road**<br>**West Palm Beach**<br>**FL**<br>**33409** |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Semi-Month | 30-Sep-2010 | 12-Sep-2010 | 26-Sep-2010 | 5,361.00 | 64,332.00 |

### Summary

| | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,672.18 | 210.14 | 914.55 | 47.50 | 2,499.34 |
| YTD | 68,671.39 | 3,782.52 | 17,461.50 | 851.00 | 46,565.67 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Shift Diff 2 | | | | 0.00 | | 190.00 |
| Regular Salary | | | 86.67 | 2,680.50 | 1,560.05 | 47,437.00 |
| Career Revenue Sharing | | | | 50.00 | | 900.00 |
| Education Revenue Sharing | | | | 15.00 | | 270.00 |
| Permit | | | 24.00 | 792.00 | | 5,016.00 |
| SRT 1_0 | | | | 0.00 | | 2,323.15 |
| Special Duty 1_0 | | | | 0.00 | | 4,106.38 |
| Trainer Incentive 5% | | | | 134.03 | | 2,371.94 |
| Special Duty 1_5 | | | | 0.00 | | 2,460.04 |
| SRT 1_5 | | | | 0.00 | | 494.00 |
| Base Hours OT Premium | | | | 0.00 | | 3,092.18 |
| Imputed GTL | | | | 0.65 | | 10.70 |

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Dental PPO PT | 19.58 | 352.44 |
| Vision PT | 5.56 | 100.08 |
| Health HMO PT | 60.00 | 1,080.00 |
| HARTFORD 457 | 125.00 | 2,250.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 640.14 | 12,325.38 |
| Social Security | 222.40 | 4,162.61 |
| Medicare | 52.01 | 973.51 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Broken Star Donation | 1.00 | 18.00 |
| PBSO Gas Q_NQ | 25.00 | 450.00 |
| PBA CB Dues | 21.50 | 383.00 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| Holiday | 0.00 | 170.00 |
| PBSO Vacation | 4.00 | 228.40 |
| Comptime | 0.00 | 8.50 |
| PBSO Sick | 4.00 | 460.50 |

Case 10-38237-EPK   Doc 16   Filed 10/18/10   Page 14 of 14

**Tax Withholding Information**

| Type | Marital Status | Exemptions | Additional Amount | Override Amount | Override Percentage |
|------|----------------|-----------:|------------------:|----------------:|--------------------:|
| Federal | Single | 1 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |
| Florida | No State Withholding Tax | 0 | 0.00 | 0.00 | 0 |

**Net Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|-------:|
| 44533677 | Chase | C | XXXXX7630 | 1,000.00 |
| 44533677 | Bright Star Credit Union | C | XXXXXXXXX6603 | 500.00 |
| 44533677 | Wachovia | C | XXXXXXXXX6783 | 5.00 |
| 44533677 | Commerce Bank | C | XXXXX9162 | 994.34 |

**Other Information**

| Description | Value |
|-------------|-------|
| Basic Life Ins | 4.83 |
| Basic Life Ins (YTD) | 85.29 |
| Dental PPO PT ER | 24.72 |
| Dental PPO PT ER (YTD) | 444.96 |
| Health HMO PT ER | 703.47 |
| Health HMO PT ER (YTD) | 12,662.46 |
| LTD Ins | 10.27 |
| LTD Ins (YTD) | 181.65 |
| Medicare ER Liability | 52.01 |
| Medicare ER Liability (YTD) | 973.51 |
| SPC Retirement | 853.63 |
| SPC Retirement (YTD) | 14,950.42 |
| SS ER Liability | 222.40 |
| SS ER Liability (YTD) | 4,162.61 |
| Vision PT ER | 1.84 |
| Vision PT ER (YTD) | 33.12 |

**TP Pay Distribution**

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|----------------------|-----------|--------------|----------------|--------|
| No results found. | | | | |

Home   Logout   Preferences   Help

Privacy Statement

Copyright (c) 2006, Oracle. All rights reserved.