**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Carlos Luis Ugalde                                    Case No.: 10-38237-BKC-EPK
      SS#: 4553                                          Chapter 13

_____Debtor._____/

### DEBTOR CERTIFICATE OF COMPLIANCE AND REQUEST
### FOR CONFIRMATION OF CHAPTER 13 PLAN

The Debtor in the above captioned matter certifies as follows:

1. Payment of all post-petition domestic support obligations (check which paragraph applies).

      _____ A. Since the filing of this bankruptcy, the debtors have not been required by a judicial or administrative order, or by statute to pay any domestic support obligation as defined in 11 U.S.C. §101(14A); or

      __X__ B. The Debtors have paid, either directly or to the chapter 13 Trustee under the last filed plan, all amounts that are required to be paid under a domestic support obligation and that first became payable after the date of the filing of the petition if the Debtor is required by a judicial or administrative order, or by statute, to pay such domestic support obligation.

2. The Debtors have filed all federal, state and local tax returns required by law to be filed under 11 U.S.C. §1308 for all taxable periods ending during the four year period ending on the date of the filing of the petition commencing this bankruptcy case.

I declare under penalty of perjury that the information provided in this Certificate is true and correct.

_____                    __10/13/10_____
Carlos Luis Ugalde                                                      Date