# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:____Carlos Luis Ugalde____    Last Four Digits of SS#:____4553____    CASE NO.:___10-38237-EPK___

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $___1,535.77___ for months ___1___ to ___60___;

    B.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $___3,000.00___  TOTAL PAID $___3,000.00___

    Balance due:  $_____0.00___  Payable: $___0.00___/month (Months ___1___ to ___60___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $_____

Address:_____    Arrears Payment    $_____/month (Months _____ to _____)

_____    Regular Payment    $_____/month (Months _____ to _____)

Account No:_____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____

    Payable    $_____/month (Months _____ to _____)

Unsecured Creditors: Pay $___1,396.15___/month (Months ___1___ to ___60___).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above**: Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtors' income or tax refunds increase, Debtors shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. Bank of America (888 E. Coast Ave.); Chase Mortgage (3864 Jonathans Way); Chase Mortgage (510 24th Ave, Apt. 206); Wells Fargo Home Mortgage; (1595 Forest Lakes Cir., #307), Bank of America and Washington Mutual (2144 Laura Lane) to be surrendered.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor:_____    Date:___10/13/10___

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: leonardmd          Page 1 of 1          Date Rcvd: Oct 19, 2010
Case: 10-38237                Form ID: pdf008          Total Noticed: 23
```

The following entities were noticed by first class mail on Oct 21, 2010.
```
db            +Carlos Luis Ugalde,   2144 Laura Lane,   West Palm Beach, FL 33415-7279
smg            Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallahassee, FL  32314-6668
cr            +JPMorgan Chase Bank, National Association,   c/o Kenneth W. Lockwood, Esq.,
               4630 Woodland Coporate Blvd,   Suite 100,   Tampa, FL 33614-2429
cr             JPMorgan Chase Bank, National Association,   P.O. Box 25018,   Tampa, FL  33622-5018
cr             Wells Fargo Bank, National Association,   P.O. Box 25018,   Tampa, Fl  33622-5018
88487017      +American Express,   ATTN: Bankruptcy Department,   POB 297871,   Fort Lauderdale, FL 33329-7871
88487018       Bank of America,   ATTN: Bankruptcy Department Address,   101 N. Tryon Street, 7th Floor,
               Charlotte, NC 28255-0001
88487020       Bank of America,   ATTN: Bankruptcy Department,   101 N. Tryon Street, 7th Floor,
               Charlotte, NC 28255-0001
88487021      +Bank of America,   ATTN: Bankruptcy Department,   POB 15311,   Wilmington, DE 19884-0001
88487019       Bank of America,   ATTN: Bankruptcy Department,   101 N. Tryon Street,   Charlotte, NC 28255-0001
88487023     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Chase Mortgage,   ATTN: Bankruptcy Department,   POB 1093,
               Northridge, CA 91328)
88487031     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Washington Mutual,   ATTN: Bankruptcy Department,   POB 660433,
               Dallas, TX 75266-0433)
88487022       Chase Bank,   ATTN: Bankruptcy Department,   POB 15153,   Wilmington, DE 19886-5153
88487024      +Citifinancial,   ATTN: Bankruptcy Department,   POB 499,   Hanover, MD 21076-0499
88487025      +Doctors Business Bureau,   ATTN: Bankruptcy Department,   202 North Federal Hwy.,
               Lake Worth, FL 33460-3438
88487026     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   ATTN: Bankruptcy Department,   POB 16236,
               Philadelphia, PA 19114-0236)
88487027       JPMorgan Chase Bank,   c/o Florida Default Law Group, P.L.,   POB 25018,   Tampa, FL 33622-5018
88501460      +Midland Credit Management, Inc.,   8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
88487028      +Navy Federal Credit Union,   ATTN: Bankruptcy Department,   POB 3700,   Merrifield, VA 22119-3700
88487029      +Sallie Mae,   ATTN: Bankruptcy Department,   POB 9500,   Wilkes Barre, PA 18773-9500
88487030       Washington Mutual,   ATTN: Bankruptcy Department,   POB 78148,   Phoenix, AZ 85062-8148
88487032      +Wells Fargo Home Mortgage,   ATTN: Bankruptcy Department,   POB 14411,
               Des Moines, IA 50306-3411
```

The following entities were noticed by electronic transmission on Oct 20, 2010.
```
88487016       E-mail/Text: bkr@cardworks.com                     Advanta Credit Card,
               ATTN: Bankruptcy Department,   POB 8088,   Philadelphia, PA 19101-8088
                                                                               TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2010**                    **Signature:** _Joseph Speetjens_