

IN THE UNITED STATES BANKRUPTCY COURT

Southern District of Florida

In RE:  In Proceedings
10-38237

Debtor(s)
Carlos Ugalde

WITHDRAWAL OF CLAIM

Please withdraw claim #2 filed 10/20/2010 in the amount of $6069.70.  This claim was filed in error.

Creditor's Signature     /s/  Joyce Montjoy

Creditors Name & Address:

Advanta Bank Corporation
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Date:  Novemebr 3, 2010

*15 South Main Street, Suite 600* 1    *Greenville, South Carolina 29601* 1    *Telephone 864-678-83061 Fax 864-*

B B B

MEMSER