**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**IN RE:**

**Carlos Luis Ugalde**

     **Debtor(s).**

                                   **CASE NO. 10-38237-EPK**
                                   **CHAPTER  13**

_____/

### MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS FO SURRENDERED PROPERTY

TO THE HONORABLE JUDGE OF SAID COURT:

     Comes now, WELLS FARGO BANK, NA ("Movant"), its successors and/or assigns, seeking modification of the automatic stay pursuant to § 362(d)(1) and (d)(2) of the Bankruptcy Code  in addition to relief from the co-debtor stay under 11 U.S.C. § 1301(c)(2) and would show the Court as follows:

     1.     On September 20, 2010, Carlos Luis Ugalde ("Debtor" as used herein shall include both Debtors in a joint case), filed for relief under Chapter  13 of the U.S. Bankruptcy Code.

     2.     Jurisdiction of this cause is granted to the Bankruptcy Court pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362, and Fed.R.Bankr.P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

     3     On September 27, 2010,  the Circuit Court entered a Final Summary Judgment of Foreclosure (the "Final Judgment") in favor of Movant as to the below described property.  Movant is entitled to enforce the Final Judgment.  Said Final Judgment and Assignment(s), if applicable, are attached hereto as Exhibit "A".

        **UNIT 206, OF KARINA APARTMENTS, A CONDOMINIUM,**
        **ACCORDING TO THE DECLARATION OF COMDOMINIUM THEREOF,**
        **AS, RECORDED IN OFFICIAL RECORDS BOOK 3343, AT PAGE 1598,**
        **OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA**

        **a/k/a 510 24th Avenue N 206, Lake Worth, FL  33460.**

4. The Debtor is in default. The last payment received was applied to the January 01, 2008 payment. In the event the Debtor elects to make payments, Movant's payment address is 1 Home Campus  Bankruptcy Payment Processing  MAC# x2302-04c, Des Moines, IA  50328.

5. As set forth in the Final Judgment attached to this Motion, Movant's payoff is in excess of $125,851.59 and its indebtedness continues to accrue interest.

6. According to the Zillow Property Value Estimate, the value of the property is $80,500.00.  Said Zillow Property Value Estimate is attached hereto as Exhibit "B".

7. When considering legal fees, carrying costs, closing charges, and realtor commissions, it is evident that there is little or no equity for the benefit of other creditors; moreover, Movant, contends that any equity over and above the indebtedness, should it exist, does not constitute adequate protection as contemplated by the U.S. Bankruptcy Code.

8. The Debtor has failed to timely meet and satisfy the payment requirements with respect to the obligations set forth in the Note.  Movant's indebtedness continues to accrue interest while receiving no payments to protect it against the erosion of its collateral position. Furthermore, Movant is not otherwise being adequately protected while the Debtor continues to enjoy the benefits of the collateral.

9. If Movant is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

10. The Debtor's pleadings show that the Debtor will surrender the above-referenced property to the Movant.  As a result, the Movant's interest in the property is not being protected through future payments on its debt.  The proposed surrender of the Movant's collateral constitutes sufficient cause under 11 U.S.C. § 362 for the Court to grant the relief sought by the Movant.

11. Counsel for Movant has attempted to confer with Counsel for the Debtor  to obtain consent to the filing of this Motion; however, said consent has not been received.

12. For notification purposes, Movant has incurred attorney's fees in the amount of $650.00 and costs in the amount of $150.00 as a result of the necessity of filing this Motion. Said attorney's fees and costs may be recoverable pursuant to state law and the mortgage documents.

13. Once the stay is terminated, the Debtor will have minimal motivation to insure, preserve, or protect the collateral; therefore, Movant requests that the Court waive the 14-day stay period imposed by the order terminating the stay under Fed.R.Bankr.P. 4001(a)(3).

**WHEREFORE**, Movant prays that this Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and the co-debtor stay under 11 U.S.C. § 1301 (c)(2) to permit Movant to take all steps necessary to exercise any and all rights it may have in the collateral described herein, to gain possession of said collateral, and to have such other and further relief as is just.

<u>**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

<u>**CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)**</u>

I further certify that I have attempted to confer with opposing counsel to resolve these issues without a hearing.

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3584
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: <u>/s/ Gavin N. Stewart</u>
Gavin N. Stewart
Florida Bar No. 52899
ATTORNEY FOR WELLS FARGO BANK, NA

B10078566

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by regular U.S. Mail to all parties listed below this 3rd day of November, 2010.

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach,  FL  33415

Silvana Ugalde
3864 Jonathans's Way
Boynton Beach, FL  33436

I HEREBY CERTIFY that copies of the foregoing Motion for Relief from Stay have been furnished by Electronic Mail to all parties listed below this 3rd day of November, 2010.

Gregg R. Wexler
grwexler@aol.com

Robin R. Weiner, Trustee
ecf@ch13weiner.com;

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3584
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/  Gavin N. Stewart
Gavin N. Stewart
Florida Bar No. 52899
ATTORNEY FOR WELLS FARGO BANK, NA