IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL ACTION

WELLS FARGO BANK, NA,

    Plaintiff,

vs.

CASE NO.   50-2008-CA-005632
DIVISION   AW

SPACE FOR RECORDING ONLY F.S.§695.26

CARLOS UGALDE A/K/A CARLOS L. UGALDE; SILVANA UGALDE
A/K/A SILVANA D. UGALDE; KARINA APARTMENTS, INC.  TENANT
#1 SERVED AS UHURRA SEELEY

    Defendant(s).

_____/

FINAL SUMMARY JUDGMENT OF MORTGAGE FORECLOSURE

IT IS ADJUDGED THAT:

1. Plaintiff WELLS FARGO BANK, NA, 3476 Stateview Boulevard MAC #X7801-013, Fort Mill,

SC 29715 is due:

| | |
|---|---|
| UNPAID PRINCIPAL BALANCE | $102,506.93 |
| INTEREST ON THE NOTE AND MORTGAGE FROM 11/1/2007 TO 8/27/2010 | 18,388.11 |
| PER DIEM INTEREST AT 6.75% FROM 8/27/2010 TO 9/27/2010 | 587.76 |
| PRE-ACCELERATED LATE CHARGES THROUGH February 14, 2008 | 115.78 |
| TAXES | 1,788.65 |
| PROPERTY PRESERVATION | 360.00 |
| BANKRUPTCY FEES AND COSTS | 550.00 |
| MISC CORPORATE ADVS | -561.64 |
| TITLE SEARCH EXPENSES | 175.00 |

Exhibit "A"

| | |
|---|---|
| TITLE EXAMINATION FEE | 150.00 |
| FILING FEE | 266.00 |
| INVESTIGATION/SERVICE OF PROCESS | 225.00 |
| ATTORNEY'S FEE | 1,300.00 |
| TOTAL | $125,851.59 |

That shall bear interest at the rate of 6% a year.

2.      Plaintiff holds a lien for the total sum-superior to all claims, or estates of Defendant(s) on

the following-described property in PALM BEACH County, Florida:

UNIT 206, OF KARINA APARTMENTS, A CONDOMINIUM, ACCORDING TO THE
DECLARATION OF COMDOMINIUM THEREOF, AS, RECORDED IN OFFICIAL
RECORDS BOOK 3343, AT PAGE 1598, OF THE PUBLIC RECORDS OF PALM BEACH
COUNTY, FLORIDA

A/K/A 510 24TH AVENUE N 206LAKE WORTH, FL  33460

3.      If the total sum with interest at the rate described in paragraph 1 and all costs accrued

subsequent to this Judgment are not paid, the Clerk of this Court shall sell the property at a public sale on

_____Nov. 12_____, 2010, at 10:00AM EST,  to the highest bidder for cash, in accordance with

section 45.031, Florida Statutes, on the prescribed date at:

WWW.MYPALMBEACHCLERK.CLERKAUCTION.COM

4.      Plaintiff shall advance all subsequent costs of this and shall be reimbursed for them by

the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of

the property for sale shall be responsible for the documentary stamps payable on the certificate of title.  If

Plaintiff is the purchaser the Clerk shall credit the Plaintiff's bid with the total sum with interest and costs

accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.  The

foreclosure sale can only be canceled by Court order.

WELLS FARGO BANK, NA vs. CARLOS UGALDE A/K/A CARLOS L. UGALDE, ET AL
CASE NO. 50-2008-CA-005632

5.      On filing the Certificate of Title the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due to Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any amount remaining pending the further Order of this Court.

6.      On filing the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any.  Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.  If any defendant remains in possession of the property, the clerk shall without further order of the court issue forthwith a writ of possession upon request of the person named on the certificate of title.

7.      Jurisdiction of this action is retained to enter further orders that are proper including, without limitation, a deficiency judgment, if Plaintiff is not limited to in rem stay relief in an active bankruptcy case and/or if borrower(s) has not been discharged in bankruptcy or constructively served, together with additional attorney's fees, if appropriate.

**IF THIS PROPERTY IS SOLD AT PUBLIC  AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60**

**DAYS AFTER THE SALE.  IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

If you are the property owner, you may claim these funds yourself.  You are not required to have a lawyer or any other representation and you do not have to assign your rights to anyone else in order for you to claim any money to which you are entitled.  Please check with the Clerk of the Court, PALM BEACH County, 205 N. Dixie Highway

Room 3.2300, West Palm Beach, FL 33401, Phone: 561-355-4819, within ten (10) days after the sale to see if there is additional money from the foreclosure sale that the Clerk has in the registry of the Court.  If you decide to sell your home or hire someone to help you claim the additional money, you should read very carefully all papers you are required to sign, ask someone else, preferably an attorney who is not related to the person offering to help you, to make sure that you understand what you are signing and that you are not transferring your property or the equity in your property without the proper information.  If you cannot afford to pay an attorney, you may contact Florida Rural Legal Services - Belle Grande (561)993-0003, Florida Rural Legal Services - Palm Beach Office (561)820-8902, Legal Aid Society of Palm Beach County, Inc. - (561)655-8944, Legal Aid Society of Palm Beach County, Inc. - Belle Glade Office (561)993-3836, to see if you qualify financially for their services.  If they cannot assist you, they may be able to refer you to a local bar referral agency or suggest other options.  If you choose to contact Florida Rural Legal Services - Belle Grande (561)993-0003, Florida Rural Legal Services - Palm Beach Office (561)820-8902, Legal Aid Society of Palm Beach County, Inc. - (561)655-8944, Legal Aid Society of Palm Beach County, Inc. - Belle Glade Office (561)993-3836,  for assistance, you should do so as soon as possible after receipt of this notice.

DONE AND ORDERED in Chambers, in PALM BEACH County, Florida, this _____ day of

_____, 2010.

SIGNED & DATED

SEP 27 2010

ROGER B. COLTON
SENIOR JUDGE

Circuit Judge

Copies furnished to:
Christina N. Riley, Esquire
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, FL 33622-5018


CARLOS UGALDE A/K/A CARLOS L. UGALDE
3864 Jonathans Way
Boynton Beach, FL  33436

SILVANA UGALDE A/K/A SILVANA D. UGALDE
3864 Jonathans Way
Boynton Beach, FL  33436

KARINA APARTMENTS, INC.
c/o Christian N. Scholin, Esq.
Mollica & Scholin, P.A
505 South Flagler Drive Suite 400
West Palm Beach, FL  33401

TENANT #1 SERVED AS UHURRA SEELEY
510 24th Avenue N 206
Lake Worth, FL  33460