## 510 24th Ave N

## APT 206

Lake Worth, FL 33460



* No photos available for this property

**Zestimate®:** $80,500
**Value Range:** $44K -- $82K

**Monthly payment:**

Exhibit "B"

**Estimated Monthly Payment**

Price:

$80,500

Down payment:

20 % ($16,100)

☐ 30 Year Fixed:
4.17% $314 /mo

☑ 15 Year Fixed
3.63% $465 /mo

☐ 5/1 ARM:
3.05% $273 /mo

☐ Include estimated taxes and insurance

• See current rates On Zillow Mortgage Marketplace

$314

• See current rates on Zillow

| | |
|---|---|
| **Bedrooms:** | 2 |
| **Bathrooms:** | 2 |
| **Sqft:** | 806 |
| **Lot size:** | -- |
| **Property type:** | Single Family |
| **Year built:** | 1980 |
| **Parking type:** | -- |
| **Cooling system:** | -- |
| **Heating system:** | -- |
| **Fireplace:** | -- |
| **Last sold:** | July 30 2001 |

**Description**

Condo/Townhome/Coop Property, Area: 5620, Subdivision: Karina Apts Condo, County: PALMBEACH, Year Built: 1980, Single story, Central air conditioning, Swimming pool(s), Community swimming pool(s)Condo/Townhome/Coop PropertyArea: 5620County: PALMBEACHSubdivision: Karina Apts CondoYear Built: 19802 total bedroom(s)2 total bath(s)2 total full bath(s)Approximately 806 sq. ft.Single storyType: Sold as isSwimming pool(s)Heating features: CentralCentral air conditioningInterior features: Refrigerator, Vinyl flooring, Living/dining room combo, Window treatmentsExterior features: In-ground swimming pool, Assigned parking, Community sauna(s), Public sewer service, Public water supplyExterior construction: Stucco, Concrete blockCommunity swimming pool(s)Call agent for details on association fee info.This listing is brokered by:Seagrape Realty Group, Inc.Office (561)585-6027...