**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**IN RE:**

**Carlos Luis Ugalde**

      **Debtor(s).**

                                       **CASE NO. 10-38237-EPK
CHAPTER  13**

_____/

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

      I certify that a true copy of the Notice of Hearing (CD 24) and a true copy of the Motion (CD 23) were served to all parties on the 04 day of November, 2010 as follows:

Electronic service:

Gregg R. Wexler
grwexler@aol.com
2112 S Congress Ave. #208
West Palm Beach,  FL  33406

Robin R. Weiner, Trustee
ecf@ch13weiner.com;
P. O. Box 559007
Ft. Lauderdale,  FL  33355

Service by U.S. Mail:

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach,  FL  33415

Silvana Ugalde
3864 Jonathans's Way
Boynton Beach, FL 33436

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)**

I further certify that I have attempted to confer with opposing counsel to resolve these issues without a hearing.

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813)  251-4766 Ext: 3584
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/  Gavin N. Stewart
Gavin N. Stewart
Florida Bar No. 52899
ATTORNEY FOR WELLS FARGO BANK, NA