IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

Carlos Luis Ugalde

    Debtor(s).

                       CASE NO.  10-38237-EPK
                       CHAPTER  13

_____/

## AFFIDAVIT AS TO AMOUNTS DUE AND OWING

STATE OF _North Carolina_

COUNTY OF _Wayne_

    BEFORE ME, this day personally appeared _Montie Johnson_ _____, (Affiant) who upon oath and under penalty of perjury, deposes on personal knowledge and says:

    1.    This Affidavit is submitted in support of the Motion for Relief from Stay by Movant, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA, its Successors and/or Assigns, in the instant bankruptcy case filed by Debtor, Carlos Luis Ugalde.

    2.    I am _Vice President-Bankruptcy Manager_ (title) of/for CHASE HOME FINANCE LLC, servicer of the loan. In that capacity, I am familiar with the books of account and have examined all books, records, and documents kept concerning the transaction alleged in the Motion. All of these books, records and documents are kept in the regular course of business and are made at or near the time of the transaction using information transmitted by persons with personal knowledge of the facts. It is the regular practice to make and keep these books, records, and documents. The books, records, and documents which the Affiant has examined are managed by employees or agents whose duty it is to keep the books accurately and completely. Furthermore, Affiant has personal knowledge of the matters contained in the books, records, and documents.

    3.    I have personal knowledge of the facts contained in this Affidavit. Specifically, I have personal knowledge of the facts regarding the sums of money which are due and owing pursuant to the Note and Mortgage which are the subject matter of this action.

B10072869

Exhibit "B"

4.      The unpaid principal balance of this loan as of October 04, 2010 is $250,198.68 together with accrued interest in the amount of $32,009.27, for a combined total of $282,207.95.

5.      The sums set forth in this affidavit do not include any late charges, escrow advances, attorneys' fees, costs, or other fees and charges that might otherwise be included in the event that a payoff is requested or provided.

6.      The loan is contractually due for the September 01, 2008 payment and all subsequent payments.

7.      The sums set forth above are and remain due and owing and unpaid.

8.      The Indebtedness Worksheet is attached hereto and incorporated herein by reference.

9.      The Mortgage Note and Mortgage, and Supplemental Riders, Amendments, Modifications, and Assignments, if any, attached to the Motion are genuine, authentic, and true copies of the originals.

10.     I have read the Affidavit and know from my own personal knowledge that the allegations and facts contained herein are true, accurate and correct.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant
_____
Print or Type Name

**THE FOREGOING INSTRUMENT WAS SWORN TO AND SUBSCRIBED before me personally this** 26 day of _October_, 2010, by _Montie Johnson_ who is, 
(Affiant's Printed Name)

**(CHECK ONLY ONE:)**

☑ PERSONALLY KNOWN TO ME,

**OR**

☐ PRODUCED _____(Type of ID Produced) AS IDENTIFICATION TO ME AND WHO DID TAKE AN OATH.

**IN TESTIMONY WHEREOF,** I have hereunto subscribed my name and affixed my seal of office the day and year last above written.

_____
NOTARY PUBLIC

My Commission Expires: _2/2/20_

(Seal)

# INDEBTEDNESS WORKSHEET

DEBTOR(S): Carlos Luis Ugalde

CASE NUMBER: 10-38237-EPK

FILE NUMBER: B10072869

## DEBT AS OF THE PETITION DATE

**A.**    **Total pre-petition indebtedness of debtor(s) to Movant (if Movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: September 20, 2010**

1.  Amount of principal: $250,198.68

2.  Amount of interest: $32,009.27  (as of 10-4-10)

3.  Amount of escrow (taxes and/or insurance): $ N/A

4.  Amount of forced placed insurance or other non-escrowed insurance expended by Movant (not included in #3 above): $ N/A

5.  Amount of non-escrowed taxes (not included in #3 above):  $ N/A

6.  Amount of attorneys' fees and costs billed to debtor(s) pre-petition:  N/A

7.  Amount of pre-petition late fees, if any, billed to debtor(s): $ N/A

8.  Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above:  N/A
(Incurred by Movant pre-petition)

**B.**    **Contractual interest rate: 5.8750%**
**(if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here: N/A**



## AMOUNT OF ALLEGED POST-PETITION DEFAULT
### 10/04/2010

C.    Date last payment was received: 7-8-2009

D.    Alleged total number of payments due post-petition from filing of petition through payment due  N/A

E.    All post-petition payments alleged to be in default:  N/A

F.    Amount of Movant's attorneys fees billed to debtor for the preparation, and filing and prosecution of this motion: $675.00 (Incurred by Movant)

G.    Amount of Movant's filing fee for this motion: $150.00
***NOTE: As of the date of preparation of this worksheet, Movant has <u>not</u> incurred this filing fee; however, Movant will incur this filing fee if the necessary consents are not received prior to the filing of the Motion for Relief.***

H.    Other attorneys' fees billed to debtor post-petition: $0.00  (Incurred by Movant)

I.    Amount of Movant's post-petition inspection fees: $0.00

J.    Amount of Movant's post-petition appraisal broker's price opinion: $0.00

K.    Amount of forced placed insurance or insurance provided by the movant post-petition: $ N/A

L.    Sum held in suspense by Movant in connection with this contract, if applicable: $ N/A

M.    Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge): N/A