Case 10-38237-EPK    Doc 26-3    Filed 11/05/10    Page 1 of 1

# Zillow.com

## 3864 Jonathans Way
Boynton Beach, FL 33436

| Zestimate®: | $276,000 |
|---|---|
| Value Range: | $226K – $304K |
| Monthly payment: | $1,489 |

| | |
|---|---|
| Bedrooms: | 5 |
| Bathrooms: | 3 |
| Sqft: | 2,763 |
| Lot size: | 9,583 sq ft / 0.22 acres |
| Property type: | Single Family |
| Year built: | 1998 |
| Parking type: | -- |
| Cooling system: | Central |
| Heating system: | Forced air |
| Fireplace: | -- |
| Last sold: | August 16 2002 |
| County: | Palm Beach |
| Garage sqft: | 420 |
| Last remodel year: | 1998 |
| Parcel #: | 08434507150000280 |
| Per floor sqft: | 2,763 |
| Pool: | Yes |
| # Stories: | 2 |
| Unit cnt: | 1 |
| Zillow Home ID: | 46734078 |

### Nearby schools

| | |
|---|---|
| District: | Palm Beach County School District |
| Primary: | Freedom Shores Elementary School |
| Middle: | Tradewinds Middle School |
| High: | Santaluces Community High School |

Take Zillow on the go! Get free Zillow apps for the iPhone, iPad, and Android.

### Description

The 2763 square foot single family home has 5 bedrooms and 3.0 bathrooms. It is located at 3864 Jonathans Way Boynton Beach, Florida. This home is in the Palm Beach County School District. The nearest schools are Freedom Shores Elementary School, Tradewinds Middle School and Santaluces Community High School.

### Map



Map data ©2010 Google

### Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| Zestimate® | $276,000 | $226K - $304K | -$3,000 | $99 | 10/18/2010 |

This home   33436   Boynton Beach   last sold

### Price History

| Date | Description | Price | % Chg | $/sqft | Source |
|---|---|---|---|---|---|
| 08/16/2002 | Sold | $252,000 | 20.6% | $91 | Public Record |
| 05/06/1998 | Sold | $209,000 | -- | $75 | Public Record |

### Tax History

| Year | Taxes paid | % Change | Tax assessment | % Change |
|---|---|---|---|---|
| 2009 | $4,822 | 11.5% | $289,172 | -14.4% |

## Exhibit "C"