**EXHIBIT PROPOSED ORDER**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**IN RE:**

**Carlos Luis Ugalde**

     **Debtor(s).**

                                       **CASE NO. 10-38237-EPK
CHAPTER  13**

_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR MOTION
FOR RELIEF FROM STAY**

This case came before the Court upon the Motion for Relief from Stay and Co-Debtor Motion for Relief from Stay filed by JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA ("Movant").   Based on the record, the Court finds it appropriate to grant the requested relief.  Therefore, it is,

ORDERED as follows:

1. The Motion for Relief from Stay and Co-Debtor Motion for Relief from Stay filed by Movant, is granted.

2. The automatic stay provided by 11 U.S.C. § 362 is terminated as to Movant, its

Successors and Assigns.  Accordingly, the automatic stay is modified to permit the Movant to commence and prosecute a mortgage foreclosure action in state court against real property, the legal description of which is described below.

**LOT 28, JONATHAN'S GROVE, ACCORDING TO THE PLAT RECORDED IN PLAT BOOK 73, PAGE 15, AS RECORDED IN THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.**

**a/k/a 3864 Jonathan's Way, Boynton Beach, FL  33436.**

3.      This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns, to commence, prosecute and complete through judgment, sale, certificate of title and possession, a mortgage foreclosure against the property described above.  Movant, its Successors and/or Assigns, shall not seek or obtain an *in personam* judgment against the Debtor.

4.      Movant may offer and provide Debtor with information in regard to a potential forbearance Agreement, Loan modification, Refinance Agreement or other Loan workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  Movant, however, may not enforce or threaten to enforce any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy.

5.      The co-debtor stay provided by 11 U.S.C. § 1301 is terminated as to Movant its Successors and/or Assigns.

###

Submitted by:
Gavin N. Stewart
FLORIDA BAR NO. 52899
Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541
bkatt@defaultlawfl.com


B10072869

Movant is directed to serve copies of this order on the parties listed below and file a certificate of service with the Court.


Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach,  FL  33415

Gregg R. Wexler, Esquire
2112 S Congress Ave. #208
West Palm Beach,  FL  33406

Robin R. Weiner, Trustee
P. O. Box 559007
Ft. Lauderdale,  FL  33355

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA
JPMC
3415 Vision Drive
Attn: OH4-7302
Columbus, OH  43219

Silvana Ugalde
3864 Jonathans Way
Boynton Beach, FL 33436



Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018