**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**IN RE:**

**Carlos Luis Ugalde**

      **Debtor(s).**

                                      **CASE NO. 10-38237-EPK**
                                      **CHAPTER  13**

_____/

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

      I certify that a true copy of the Notice of Hearing (CD 27) and a true copy of the Motion (CD 26) were served to all parties on the 05 day of November, 2010 as follows:

Electronic service:

Gregg R. Wexler
grwexler@aol.com
2112 S Congress Ave. #208
West Palm Beach,  FL  33406

Robin R. Weiner, Trustee
ecf@ch13weiner.com;
P. O. Box 559007
Ft. Lauderdale,  FL  33355

Service by U.S. Mail:

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach,  FL  33415

Silvana Ugalde
3864 Jonathans Way
Boynton Beach, FL 33436

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**CERTIFICATE PURSUANT TO LOCAL RULE 9073-1(D)**

I further certify that I have attempted to confer with opposing counsel to resolve these issues without a hearing.

Florida Default Law Group, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3584
Fax: 813-251-1541
Email: bkatt@defaultlawfl.com

By: /s/ Gavin N. Stewart
Gavin N. Stewart
Florida Bar No. 52899
ATTORNEY FOR JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION, AS SUCCESSOR IN
INTEREST TO WASHINGTON MUTUAL BANK,
FORMERLY KNOWN AS WASHINGTON
MUTUAL BANK, FA