**CGFD42** (9/19/08)



**ORDERED in the Southern District of Florida on December 6, 2010**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 10–38237–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Luis Ugalde
2144 Laura Lane
West Palm Beach, FL 33415

SSN: xxx–xx–4553

## ORDER DISMISSING CASE FOR FAILURE TO MAKE
## PRE–CONFIRMATION PLAN PAYMENTS AND FOR
## FAILURE TO APPEAR AT THE SECTION 341 MEETING OF CREDITORS

This matter is before the court ex parte pursuant to Local Rule 3070–1(C) for failure of the debtor to remit to the trustee pre–confirmation plan payments, and pursuant to Local Rule 1017–2(B)(2) for failure of the debtor to appear at the § 341 Meeting of Creditors.

It is **ORDERED** that:

*Page 1 of 2*

1. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor earlier than 180 days from entry of this order.

2. The trustee shall file a final report prior to the administrative closing of the case.

3. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, $ **0.0** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with te trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4. A motion to rehear, reconsider, or vacate this order dismissing case must be filed in accordance with the requirements of Local Rule 9013–1(E).

5. In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

*# # #*

The clerk shall serve a copy of this order on all parties of record.

*Page 2 of 2*

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: leonardmd          Page 1 of 2          Date Rcvd: Dec 06, 2010
Case: 10-38237               Form ID: CGFD42          Total Noticed: 27
```

The following entities were noticed by first class mail on Dec 08, 2010.
```
db            +Carlos Luis Ugalde,   2144 Laura Lane,   West Palm Beach, FL 33415-7279
cr            +JPMorgan Chase Bank, National Association,   c/o Kenneth W. Lockwood, Esq.,
               4630 Woodland Coporate Blvd,   Suite 100,   Tampa, FL 33614-2429
cr             JPMorgan Chase Bank, National Association,   P.O. Box 25018,   Tampa, FL  33622-5018
cr             Wells Fargo Bank, National Association,   P.O. Box 25018,   Tampa, Fl  33622-5018
88487023     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Chase Mortgage,   ATTN: Bankruptcy Department,   POB 1093,
               Northridge, CA 91328)
88487024     +Citifinancial,   ATTN: Bankruptcy Department,   POB 499,   Hanover, MD 21076-0499
88487025     +Doctors Business Bureau,   ATTN: Bankruptcy Department,   202 North Federal Hwy.,
               Lake Worth, FL 33460-3438
88487027      JPMorgan Chase Bank,   c/o Florida Default Law Group, P.L.,   POB 25018,   Tampa, FL 33622-5018
88662481     +JPMorgan Chase Bank, National Association,   c/o Kenneth W. Lockwood, Esq.,   3415 Vision Drive,
               Columbus, OH 43219-6009,   Attn:  OH4-7302
88487028     +Navy Federal Credit Union,   ATTN: Bankruptcy Department,   POB 3700,   Merrifield, VA 22119-3700
88487029     +Sallie Mae,   ATTN: Bankruptcy Department,   POB 9500,   Wilkes Barre, PA 18773-9500
88751474     +Sallie Mae, Inc.,   for CSAC/ EdFund,   POB 419041,   Rancho Cordova, CA 95741-9041
```

The following entities were noticed by electronic transmission on Dec 07, 2010.
```
smg           EDI: FLDEPREV.COM Dec 06 2010 22:23:00      Florida Department of Revenue,   POB 6668,
               Bankruptcy Division,   Tallahassee, FL  32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov                 Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
88597510      EDI: MERRICKBANK.COM Dec 06 2010 22:23:00      Advanta Bank Corporation,
               c/o Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
88487016      EDI: MERRICKBANK.COM Dec 06 2010 22:23:00      Advanta Credit Card,   ATTN: Bankruptcy Department,
               POB 8088,   Philadelphia, PA 19101-8088
88487017     +EDI: AMEREXPR.COM Dec 06 2010 22:23:00      American Express,   ATTN: Bankruptcy Department,
               POB 297871,   Fort Lauderdale, FL 33329-7871
88487020      EDI: BANKAMER2.COM Dec 06 2010 22:23:00      Bank of America,   ATTN: Bankruptcy Department,
               101 N. Tryon Street, 7th Floor,   Charlotte, NC 28255-0001
88487018      EDI: BANKAMER2.COM Dec 06 2010 22:23:00      Bank of America,
               ATTN: Bankruptcy Department Address,   101 N. Tryon Street, 7th Floor,
               Charlotte, NC 28255-0001
88487021     +EDI: BANKAMER2.COM Dec 06 2010 22:23:00      Bank of America,   ATTN: Bankruptcy Department,
               POB 15311,   Wilmington, DE 19884-0001
88487019      EDI: BANKAMER2.COM Dec 06 2010 22:23:00      Bank of America,   ATTN: Bankruptcy Department,
               101 N. Tryon Street,   Charlotte, NC 28255-0001
88487031      EDI: CHASE.COM Dec 06 2010 22:23:00      Washington Mutual,   ATTN: Bankruptcy Department,
               POB 660433,   Dallas, TX 75266-0433
88487022      EDI: CHASE.COM Dec 06 2010 22:23:00      Chase Bank,   ATTN: Bankruptcy Department,   POB 15153,
               Wilmington, DE 19886-5153
88487026      EDI: IRS.COM Dec 06 2010 22:23:00      Internal Revenue Service,   ATTN: Bankruptcy Department,
               POB 16236,   Philadelphia, PA 19114-0236
88501460     +EDI: MID8.COM Dec 06 2010 22:23:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
88487030      EDI: CHASE.COM Dec 06 2010 22:23:00      Washington Mutual,   ATTN: Bankruptcy Department,
               POB 78148,   Phoenix, AZ 85062-8148
88487032     +EDI: WFFC.COM Dec 06 2010 22:23:00      Wells Fargo Home Mortgage,   ATTN: Bankruptcy Department,
               POB 14411,   Des Moines, IA 50306-3411
                                                                                          TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Advanta Bank Corporation,   c/o Resurgent Capital Services,   PO Box 10368,
               Greenville, SC  29603-0368
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113C-9          User: leonardmd          Page 2 of 2              Date Rcvd: Dec 06, 2010
Case: 10-38237               Form ID: CGFD42           Total Noticed: 27
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2010**                    **Signature:**  _____