**CGFD33** (2/28/11)



**ORDERED in the Southern District of Florida on October 28, 2011**



**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

 **Case Number: 10–38237–EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Carlos Luis Ugalde

2144 Laura Lane
West Palm Beach, FL 33415

SSN: xxx–xx–4553

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Robin R Weiner, having filed a final report, is discharged and this case is closed.

*# # #*